# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SCOTT MARLIN MOREY, | Case No. 19-CV-253 (NEB/HB) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| JEFF TITUS, Warden, MCF–Rush City, and LORI SWANSON, Minnesota State Attorney General, | |
| Respondents. | |

The Court has received the March 20, 2019 Report and Recommendation of United States Magistrate Judge Hildy Bowbeer. [ECF No. 13.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 13] is ACCEPTED;

2. The Motion to Dismiss Petition of Habeas Corpus [ECF No. 5] is GRANTED only in that Lori Swanson, Minnesota State Attorney General is dismissed with prejudice as a respondent to this action.

Dated: April 23, 2019

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge